IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA A. COOK, | ) | 4:10CV3090 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 16) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by December 15, 2010;

2. Plaintiff may file a reply brief by January 5, 2011; and

3. This case shall be ripe for decision on January 6, 2011.

November 15, 2010.                    BY THE COURT:

                                      *Richard G. Kopf*
                                      United States District Judge